UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

**IN RE:**

MICHAEL F HATLE
KAREN A HATLE
          Debtor(s)

**UNCLAIMED DIVIDENDS FOR
DEPOSIT TO REGISTRY FUND**

**CASE NO. BKY 06-33398 DDO**

---

    Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Plains Commerce Bank in the amount of $17.31, were unclaimed.

| CREDITOR: | CLAIM NUMBER: | AMOUNT: |
|---|---|---|
| Plains Commerce Bank<br>PO Box 89937<br>Sioux Falls, SD 57109 | 8 | $17.31 |

ACCOUNT NUMBER:
6553

                                            **Jasmine Z. Keller, Trustee**

Dated: July 1, 2011

                                          /s/ Jasmine Z. Keller/jj
                                          Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee