UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

**IN RE:**

**UNCLAIMED DIVIDENDS FOR DEPOSIT TO REGISTRY FUND**

MICHAEL F HATLE
KAREN A HATLE
Debtor(s)

**CASE NO. BKY 06-33398 DDO**

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Dakota State Bank / Rewards 660 in the amount of $31.94, were unclaimed.

CREDITOR:
Dakota State Bank / Rewards 660
PO Box 89210
Sioux Falls, SD 57109

CLAIM NUMBER:
3

AMOUNT:
$31.94

ACCOUNT NUMBER:
1772

**Jasmine Z. Keller, Trustee**

Dated: July 1, 2011

/s/ Jasmine Z. Keller/jj
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee